# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 21-3830

United States of America

Appellee

v.

Patrick Miller Webb, Jr.

Appellant

___

Appeal from U.S. District Court for the Northern District of Iowa - Eastern
(2:20-cr-01018-CJW-1)

___

**ORDER**

The motion to compel appointed counsel to surrender the case file is denied.


February 07, 2024


Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___

/s/ Michael E. Gans